UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL 456, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, Plaintiff, -v- ALL ROCK CRUSHING, INC., Defendant. | **08 CIV. 1894** Case No._____ **Rule 7.1 Statement** JUDGE ROBINSON |

*FILED 2008 FEB 26 P 1:48 S.D. OF N.Y. W.P. U.S. DISTRICT COURT*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Local 456, International Brotherhood of Teamsters__ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: Feb. 21, 2008

Signature of Attorney

Attorney Bar Code: SK-8600

Form Rule7_1.pdf  SDNY Web 10/2007