**ECF CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL 456, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>               Plaintiff,<br><br>       -against-<br><br>ALL ROCK CRUSHING, INC,<br><br>               Defendants. | Docket No. 08 Civ. 1894 (SCR)<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant All Rock Crushing, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      NONE.

Dated: White Plains, New York
       March 26, 2008

                                         _s/George Kokkalenios_
                                         GEORGE KOKKALENIOS (GK-1044)
                                         Law Offices of George Kokkalenios
                                         & Associates
                                         50 Main Street, Suite 1000
                                         White Plains, NY 10606
                                         (914) 682-6884