**ECF CASE**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

LOCAL 456, INTERNATIONAL BROTHERHOOD
OF TEAMSTERS,              Index No. 08 Civ. 1894 (SCR)

                Plaintiff,

                                                       **AFFIRMATION IN SUPPORT OF**
—against—                              **MOTION TO VACATE**
                                                       **ARBITRATION AWARD**

ALL ROCK CRUSHING, INC.,

                Defendant.

----------------------------------------------------------------------x

      George Kokkalenios, an attorney duly admitted to practice before this Honorable Court and the State of New York does hereby declare under the penalty of perjury as follows.

      1.      On or about January 15, 2008, Arbitrator Susan Panepento served her arbitration award in the within action.

      2.      Defendant has served its notice terminating the collective bargaining agreement between the parties, effective May 31, 2008.

      3.      The arbitration award upon which this lawsuit is based should be vacated, as a matter of law, for the reasons set forth in the accompanying memorandum of law.

      4.      Defendant requests that this Court vacate the arbitration award, dismiss this lawsuit, and award Defendant all costs and reasonable attorneys' fees associated with defending this action.

Dated: April 11, 2008

                                                            Respectfully submitted,

                                                            s/George Kokkalenios, Esq.
                                                            George Kokkalenios, Esq. (GK 1044)
                                                            Law Offices of
                                                            George Kokkalenios & Associates
                                                           50 Main Street, Suite 1000
                                                          White Plains, New York 10606

TO:    Steven Kern Esq.
       Barnes, Iaccarino, Virginia,
       Ambinder & Shepherd, PLLC
       258 Saw Mill River Road
       Elmsford, New York 10523
       (914) 592-5740
       Attorneys for Plaintiff