## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 CIV 1894

STATE OF NEW YORK       UNITED STATES DISTRICT COURT

Purchased/Filed: February 26, 2008

SOUTHERN DISTRICT

*Local 456, International Brotherhood of Teamsters*       **Plaintiff**

against

*All Rock Crushing, Inc.*       **Defendant**

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Jessica Miller_____ , being duly sworn, deposes and says: deponent is over
the age of eighteen (18) years; that on _____June 9, 2008_____ , at ___2:00pm___ , at the office of the
Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Rule 7.1

on

_____All Rock Crushing, Inc._____ , the

Defendant in this action, by delivering to and leaving with _____Amy Lesch_____ ,
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the
Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time
of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service
was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office
of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said
defendant.

Description of the person served: Approx. Age: ___23___  Approx. Wt: ___160___  Approx. Ht: ___5'9"___
Color of skin: ___White___  Hair color: ___Blonde___  Sex: ___F___  Other: _____

Sworn to before me on this

___11th___ day of _____June, 2008_____

**DONNA M. TIDINGS**
NOTARY PUBLIC, State of New York
No. 01TI4B98570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0805519

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**