UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LOCAL 456, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

                Plaintiff,

08 CIVIL 1894 (SCR)

-against-

ALL ROCK CRUSHING, INC.,

                Defendant.

------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __DEFENDANT__

[x] **Attorney**

    [x] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __GK1044__

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] **Law Firm/Government Agency Association**

    From: _____

    To: _____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] Address: 50 MAIN STREET, Suite 1000, White Plains, NY 10606

[x] Telephone Number: 914-682-6884

[x] Fax Number: 914-821-9014

[x] E-Mail Address: Kokklaw@gmail.com

Dated: 6/19/08

_/s/ Gege Kokha_