UNITED STATES DISTRICT COURT                      *ECF CASE*
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOCAL 456, INTERNATIONAL BROTHERHOOD   :
OF TEAMSTERS,                                            :     08–Civ.–1894 (SCR)
                                                      :
                      Plaintiff,                    :     **NOTICE OF CROSS-**
                                                      :     **MOTION TO CONFIRM**
            —against—                 :     **AND ENFORCE**
                                                      :     **ARBITRATION AWARD**
ALL ROCK CRUSHING, INC.,                :
                                                      :
                     Defendant.                 :
------------------------------------------------------------------x

       PLEASE TAKE NOTICE, that upon the Declaration of Steven H. Kern dated July 25, 2008 and exhibits annexed thereto, the Affidavit of Jane Gordineer sworn on July 18, 2008 and exhibits annexed thereto, the Affidavit of Jeffrey Beck sworn on June 27, 2008 and exhibits annexed thereto, the Affidavit of Andrew Mackle sworn on July 25, 2008, and upon all the papers and proceedings heretofore had herein, the Plaintiff will move this Court at the United States Courthouse, 300 Quarropas Street, White Plains, New York, at a date and time to be designated by the Court, for an Order and Judgment pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185 confirming and enforcing the Arbitration Award issued by Arbitrator Panepento; granting judgment for Beck's back pay and benefits as provided by the said Award; enjoining All Rock to comply with each and every provision of the said Award; awarding plaintiff Union reasonable attorney fees and the costs and disbursements of this action; and granting plaintiff such other, further or different relief as the Court may deem just, proper or equitable.

Dated: Elmsford, New York
       July 25, 2008                                   BARNES, IACCARINO, VIRGINIA,
                                               AMBINDER & SHEPHERD, PLLC
                                               Attorneys for Plaintiff

                                              by:    s/ Steven H. Kern
                                                    Steven H. Kern (SK-8600)
                                               258 Saw Mill River Road
                                               Elmsford, NY 10523
                                               (914) 592-5740

2

To:   George Kokkalenios, Esq.
      George Kokkalenios & Associates
      50 Main Street / Suite 1000
      White Plains, NY 10606

F:\LEGAL\456\All Rock Crushing\Court\Sum jgt\P opp\X-Motion.doc

2