UNITED STATES DISTRICT COURT  *ECF CASE*
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
LOCAL 456, INTERNATIONAL BROTHERHOOD　　:
OF TEAMSTERS,　　　　　　　　　　　　　　:　　Case No. 08–Civ.–1894(SCR)
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,　　　　　　　　:　　**AFFIDAVIT OF JANE**
　　　　　　　　　　　　　　　　　　　　　:　　**GORDINEER IN**
　　　—against—　　　　　　　　　　　　　:　　**OPPOSITION TO**
　　　　　　　　　　　　　　　　　　　　　:　　**DEFENDANT'S MOTION**
ALL ROCK CRUSHING, INC.,　　　　　　　　:　　**TO VACATE**
　　　　　　　　　　　　　　　　　　　　　:　　**ARBITRATION AWARD**
　　　　　　　　Defendant.　　　　　　　　:
-----------------------------------------------------------------------x

STATE OF NEW YORK　　　　)
　　　　　　　　　　　　　) ss.:
COUNTY OF WESTCHESTER　　)

　　　JANE GORDINEER, being duly sworn, deposes and says:

　　　1.　　That I am Executive Assistant and Office Manager in the offices of the plaintiff Local 456, International Brotherhood of Teamsters ("the Union"), and I make this affidavit in opposition to the defendant's motion to vacate a certain arbitration award, and in support of confirmation and enforcement of the award.

　　　2.　　I have worked for the Union for 27 years, and have held the above positions for about 20 years.

　　　3.　　In these capacities, I have over-all responsibility for maintaining records of all collective bargaining agreements to which the Union is a party, and for producing copies of the correct collective bargaining agreement when questions arise.

　　　4.　　As such, I am fully familiar with the collective bargaining agreement between the Union and defendant All Rock Crushing, Inc. ("All Rock"), and the applicable wage and benefits rates.

5. At all times relevant to this lawsuit, including from 2005 through May 31, 2008, All Rock was signatory to the "Heavy Construction Agreement". Attached as Exhibit "A" is a copy of the signature page.

6. Attached as Exhibit "B" are true copies of the heavy construction wage rates and benefit contribution rates for the years 7/1/2004 to 6/30/2005, 7/1/2005 to 6/30/2006, 7/1/2006 to 6/30/07, and 7/1/2007 to 6/30/2008.

7. The benefit contribution rates are subject under the Heavy Construction Agreement to reallocation among the several benefit funds of the specific contribution rates for each benefit fund on the recommendation of the Funds trustees; however, this reallocation does not affect the total amount of contributions due.

_____
JANE GORDINEER

SWORN to before me this
18th day of July, 2008.

_____
Notary public

Eileen A. Smyth
Notary Public, St. of New York
No. 4836500
Qualified in Putnam County
Commission Expires Nov. 30, 20__

# TEAMSTERS UNION LOCAL No. 456

Affiliated with
International Brotherhood of Teamsters

EDWARD DOYLE, JR.
President

Phones: (914) 592-9500/1/2
(914) 769-5577
Fax: (914) 592-4266



ROBERT A. ROBERGE
Secretary - Treasurer

Affiliated With
New York State Building and
Construction Trades Council
Westchester-Putnam Building Trades Council

160 So. Central Avenue • Elmsford, New York 10523

## HEAVY CONSTRUCTION AGREEMENT
(Independent Employer)

The undersigned Employer hereby agrees to be bound by all of the terms and conditions set forth in the Heavy Construction Agreement presently in effect between Teamsters Local 456, affiliated with the International Brotherhood of Teamsters, and the Construction Industry Council of Westchester and The Hudson Valley, Inc. and the Building Contractors Association of Westchester and Mid-Hudson Region, Inc. as the same may be amended, modified or extended from time to time.

FOR THE INDEPENDENT EMPLOYER:

All Rock Crushing, Inc
(Name of Employer)

465 Yorktown Road, Croton on Hudson NY 10520
(Address of Employer)

BY: Daniel Muro  DAN MURO    Date: 1/15/05
(President)

Telephone Number: (914) 827-3279

Fax Number: (914) 271-8393

Federal ID#: 13-4094575

FOR THE UNION:
Teamsters Local 456 a/w International Brotherhood of Teamsters

By: Edward Doyle    Date: 7/31/05
(Business Manager)

*Serving*
*Westchester, Putnam and Dutchess Counties*
*New York*



Honorary Presidents
John Acropolis
Edward Doyle

Authorization Form, the sum of five cents ($.05) for each hour paid to each employee but not to exceed forty (40) hours per week. Such authorization shall be signed in duplicate and may be revoked by the employee in writing to the Union and the Employer.

5. The Employer shall notify the Union in the event the Employer needs additional help, and the Union shall refer applicants without discrimination as to their membership or non-membership in the Union, and the Employer shall have the right to determine which of said persons referred by the Union shall be employed. In making such referral and selection, the parties shall give due consideration to seniority with the Employer, the Employer's request for a particular person, the qualifications of the applicant to operate the equipment, the prior experience of the applicant in the industry, the applicant's competence to perform the work and the duration of the applicant's period of unemployment.

6. The Employer agrees to contact the Union for workers either the day before or the morning of each day workers are needed, and referrals will be made according to the factors set forth above. If the Union is unable to supply workers, the employer will be notified as soon as possible to avoid down time and to make other arrangements.

## ARTICLE II — WAGES

1. The following basic minimum scale of wages shall be paid by the Employer:

CLASSIFICATIONS:

**7/01/04 - 6/30/05**

| Classification | Hour | H&W and G2 | Vacation |
|---|---|---|---|
| **Chauffeurs:** | | | |
| Straight Jobs | | | |
| 6-Wheeler | $30.01 | $45.02 | $13.34 |
| 10-Wheeler | 30.01 | 45.02 | 13.34 |
| A-Frame Trucks (inside cab) | 30.01 | 45.02 | 13.34 |
| Winch Truck (inside cab) | 30.01 | 45.02 | 13.34 |
| Dynamite Trucks | 30.01 | 45.02 | 13.34 |
| Seeding Trucks | 30.01 | 45.02 | 13.34 |
| Mulching Trucks | 30.01 | 45.02 | 13.34 |
| Agitator Trucks | 30.01 | 45.02 | 13.34 |
| Water Trucks | 30.01 | 45.02 | 13.34 |
| Cement Trucks (all types) | 30.01 | 45.02 | 13.34 |
| Suburban, Station Wagons, Cars, Pick-Ups | 30.01 | 45.02 | 13.34 |
| Any vehicle carrying materials of any kind | | | |
| **Tractor & Trailers** | | | |
| All Types | 30.63 | 45.95 | 13.61 |
| Low Boy (carrying equipment) | 31.26 | 46.89 | 13.89 |
| 14-Wheeler | 30.13 | 45.20 | 13.39 |
| Fuel Trucks | 30.46 | 45.69 | 13.54 |
| Tire Trucks | 30.46 | 45.69 | 13.54 |
| **Off-Road Equipment (Over 40 Tons)** | | | |
| Euclid | 31.01 | 46.52 | 13.78 |
| Athey Wagons | 31.01 | 46.52 | 13.78 |
| D.J.B. | 31.01 | 46.52 | 13.78 |
| Belly Dumps | 31.01 | 46.52 | 13.78 |
| Articulated Dumps | 31.01 | 46.52 | 13.78 |
| Trailer Wagons | 31.01 | 46.52 | 13.78 |
| **Off-Road Equipment (Under 40 Tons)** | | | |
| Euclid | 30.76 | 46.14 | 13.67 |
| Athey Wagons | 30.76 | 46.14 | 13.67 |
| D.J.B. | 30.76 | 46.14 | 13.67 |
| Belly Dumps | 30.76 | 46.14 | 13.67 |
| Articulated Dumps | 30.76 | 46.14 | 13.67 |
| Trailer Wagons | 30.76 | 46.14 | 13.67 |
| Darts | 31.51 | 47.27 | 14.00 |
| RXS | 31.88 | 47.82 | 14.17 |
| **Plant:** | | | |
| Hopper Person | 30.01 | 45.02 | 13.34 |
| Crusher Operator | 30.01 | 45.02 | 13.34 |
| Lift Truck (in garage, yard or jobsite) | 30.01 | 45.02 | 13.34 |
| Mixer person (asphalt plant & cement hopper operations, one who weighs ingredients and in manual or automatic control mixing plants) | 30.01 | 45.02 | 13.34 |
| High Pressure Operator (in asphalt & batch plants) | 30.13 | 45.20 | 13.39 |
| Weighmaster | 31.26 | 46.89 | 13.89 |
| Welders | 30.21 | 45.32 | 13.43 |
| Maintenance Person | 30.21 | 45.32 | 13.43 |
| Mechanic | 30.21 | 45.32 | 13.43 |
| Mechanics Helper | 29.88 | 44.82 | 13.28 |
| Stock Room Person | 29.88 | 44.82 | 13.28 |
| Working Foreman in Garage | 30.66 | 45.99 | 13.63 |
| Yardperson & Helpers | 29.76 | 44.64 | 13.23 |

3

4

**FRINGE BENEFIT CONTRIBUTIONS**
(Wage and Benefit Increase to Run
From July 1 to June 30 each Year)

7/01/04 - 6/30/05
Per Hour

Contributions for each hour worked limited
to forty (40) hours per week

| | |
|---|---|
| Welfare Fund | $4.95 |
| Pension Fund | 4.95 |
| Legal Services Fund* | .15 |
| Education and Training Fund | .05 |
| Annuity Fund | 5.00 |

*Added to wages, taxed and remitted to Legal Services Fund.

Contributions for each hour worked

| | |
|---|---|
| Supplemental Unemployment Benefit Fund | .25 |
| Industry Advancement Fund | .25 |

Deducted from wages for each hour worked,
limited to forty (40) hours per week

| | |
|---|---|
| Political Action Fund | —.05 |

Deducted From Wages for each hour worked

| | |
|---|---|
| Administrative Dues | —.80 |

On each July 1st of the contract, upon the recommendation of the Trustees of the Welfare, Pension, SUB, Annuity, Training and Legal Services Funds, the Union and the Association may agree to reallocate the amount set forth above to be contributed to the Welfare, Pension, SUB, Annuity, Training and Legal Services Funds respectively; however, in no event shall the total benefit fund amount to be contributed exceed the total benefit fund amount agreed to between the Union and the Employer.

5

| Plant: | | | |
|---|---|---|---|
| Hopper Person | 31.08 | 46.62 | 13.81 |
| Crusher Operator | 31.08 | 46.62 | 13.81 |
| Lift Truck (in garage, yard or jobsite) | 31.08 | 46.62 | 13.81 |
| Mixer person (asphalt plant & cement hopper operations, one who weighs ingredients and in manual or automatic control mixing plants) | 31.08 | 46.62 | 13.81 |
| High Pressure Operator (in asphalt & batch plants) | 31.20 | 46.80 | 13.87 |
| Weighmaster | 32.33 | 48.50 | 14.37 |
| Welders | 31.28 | 46.92 | 13.90 |
| Maintenance Person | 31.28 | 46.92 | 13.90 |
| Mechanic | 31.28 | 46.92 | 13.90 |
| Mechanics Helper | 30.95 | 46.43 | 13.76 |
| Stock Room Person | 30.95 | 46.43 | 13.76 |
| Working Foreman in Garage | 31.73 | 47.60 | 14.10 |
| Yardperson & Helpers | 30.83 | 46.25 | 13.70 |

**FRINGE BENEFIT CONTRIBUTIONS**
(Wage and Benefit Increase to Run
From July 1 to June 30 each Year)

7/01/05 - 6/30/06
Per Hour

**Contributions for each hour worked limited to forty (40) hours per week**

| | |
|---|---|
| Welfare Fund** | $5.20 |
| Pension Fund | 5.35 |
| Legal Services Fund* | .20 |
| Education and Training Fund | .05 |
| Annuity Fund | 5.00 |

* Added to wages, taxed and remitted to Legal Services Fund.
** 5¢ per hour to be segregated into a special account for Haz-Mat testing, etc.

**Contributions for each hour worked**

| | |
|---|---|
| Supplemental Unemployment Benefit Fund | .25 |
| Industry Advancement Fund | .30 |

**Deducted from wages for each hour worked, limited to forty (40) hours per week**

| | |
|---|---|
| Political Action Fund | —.05 |

5

## ARTICLE II—WAGES

1. The following basic minimum scale of wages shall be paid by the Employer:

CLASSIFICATIONS:    7/01/05 - 6/30/06

Drivers:    Per Hour / Time and 1/2 / Vacation

| | | | |
|---|---|---|---|
| Straight Jobs | $31.08 | $46.62 | $13.81 |
| 6-Wheelers | 31.08 | 46.62 | 13.81 |
| 10-Wheelers | 31.08 | 46.62 | 13.81 |
| A-Frame Trucks (inside cab) | 31.08 | 46.62 | 13.81 |
| Winch Truck (inside cab) | 31.08 | 46.62 | 13.81 |
| Dynamite Trucks | 31.08 | 46.62 | 13.81 |
| Seeding Trucks | 31.08 | 46.62 | 13.81 |
| Mulching Trucks | 31.08 | 46.62 | 13.81 |
| Agitator Trucks | 31.08 | 46.62 | 13.81 |
| Water Trucks | 31.08 | 46.62 | 13.81 |
| Cement Trucks (all types) | 31.08 | 46.62 | 13.81 |
| Suburban, Station Wagons, Cars, Pick-Ups | 31.08 | 46.62 | 13.81 |
| Any vehicle carrying materials of any kind | | | |
| Tractor & Trailers | | | |
| All Types | 31.70 | 47.55 | 14.09 |
| Low Boy* | 33.33 | 50.00 | 14.81 |
| 14-Wheeler | 31.20 | 46.80 | 13.87 |
| Fuel Trucks | 31.53 | 47.30 | 14.01 |
| Tire Trucks | 31.53 | 47.30 | 14.01 |
| Off-Road Equipment (Over 40 Tons) | | | |
| Euclid** | 32.58 | 48.87 | 14.48 |
| Athey Wagons | 32.08 | 48.12 | 14.26 |
| D.J.B.** | 32.58 | 48.87 | 14.48 |
| Belly Dumps | 32.08 | 48.12 | 14.26 |
| Articulated Dumps | 32.08 | 48.12 | 14.26 |
| Trailer Wagons | 32.08 | 48.12 | 14.26 |
| Off-Road Equipment (Under 40 Tons) | | | |
| Euclid** | 31.95 | 47.93 | 14.20 |
| Athey Wagons | 31.83 | 47.75 | 14.15 |
| D.J.B.** | 32.33 | 48.50 | 14.37 |
| Belly Dumps | 31.83 | 47.75 | 14.15 |
| Articulated Dumps | 31.83 | 47.75 | 14.15 |
| Trailer Wagons | 31.83 | 47.75 | 14.15 |
| Darts | 32.58 | 48.87 | 14.48 |
| RXS | 32.95 | 49.43 | 14.65 |

* Low Boy Drivers that load/unload equipment will receive an additional $1.00 per hour effective 7/01/05.
** DJB and Euclid Drivers will receive an additional $.50 per hour effective 7/01/05.

4

Plant:
Hopper Person ..................... 32.58 48.87 14.48
Crusher Operator ................. 32.58 48.87 14.48
Lift Truck (in garage, yard or jobsite) ... 32.58 48.87 14.48
Mixer person (asphalt plant & cement
   hopper operations, one who weighs
   ingredients and in manual or automatic
   control mixing plants) ............ 32.58 48.87 14.48
High Pressure Operator
   (in asphalt & batch plants) ....... 32.70 49.05 14.53
Weighmaster ....................... 33.83 50.75 15.04
Welders ........................... 32.78 49.17 14.57
Maintenance Person ............... 32.78 49.17 14.57
Mechanic .......................... 32.78 49.17 14.57
Mechanics Helper ................. 32.45 48.68 14.42
Stock Room Person ............... 32.45 48.68 14.42
Working Foreman in Garage ....... 33.23 49.85 14.77
Yardperson & Helpers ............. 32.33 48.50 14.37

**FRINGE BENEFIT CONTRIBUTIONS**
(Wage and Benefit Increase to Run
From July 1 to June 30 each Year)

                                    7/01/06 - 6/30/07
                                       Per Hour

**Contributions for each hour worked limited
to forty (40) hours per week**
Welfare Fund** .................... $5.50
Pension Fund ..................... 5.35
Legal Services Fund* .............. .20
Education and Training Fund ...... .05
Annuity Fund ..................... 5.00
* Added to wages, taxed and remitted to Legal Services Fund.
** 5¢ per hour to be segregated into a special account for Haz-Mat testing, etc.

**Contributions for each hour worked**
Supplemental Unemployment Benefit Fund . .25
Industry Advancement Fund ............... .30

**Deducted from wages for each hour worked,
limited to forty (40) hours per week**
Political Action Fund ............... .05

5

---

**ARTICLE II—WAGES**

1. The following basic minimum scale of wages shall be paid by the Employer:

CLASSIFICATIONS:    7/01/06 - 6/30/07
                    Per    Time   Pro-Rata
                    Hour   and ½  Welfare
Drivers:

Straight Jobs ..................... $32.58 $48.87 $14.48
   6-Wheelers .................... 32.58 48.87 14.48
   10-Wheelers  ROLL OFF .......... 32.58 48.87 14.48
   A-Frame Trucks (inside cab) .... 32.58 48.87 14.48
   Winch Truck (inside cab) ....... 32.58 48.87 14.48
   Dynamite Trucks ................ 32.58 48.87 14.48
   Seeding Trucks ................. 32.58 48.87 14.48
   Mulching Trucks ................ 32.58 48.87 14.48
   Agitator Trucks ................ 32.58 48.87 14.48
   Water Trucks ................... 32.58 48.87 14.48
   Cement Trucks (all types) ...... 32.58 48.87 14.48
   Suburban, Station Wagons,
      Cars, Pick-Ups .............. 32.58 48.87 14.48
Any vehicle carrying materials of any kind
Tractor & Trailers
   All Types ...................... 33.20 49.80 14.76
   Low Boy* ....................... 34.83 52.25 15.48
   14-Wheeler ..................... 32.70 49.05 14.53
   Fuel Trucks .................... 33.03 49.55 14.68
   Tire Trucks .................... 33.03 49.55 14.68
Off-Road Equipment (Over 40 Tons)
   Euclid** ....................... 34.08 51.12 15.15
   Athey Wagons ................... 33.58 50.37 14.92
   D.J.B.** ....................... 34.08 51.12 15.15
   Belly Dumps .................... 33.58 50.37 14.92
   Articulated Dumps .............. 33.58 50.37 14.92
   Trailer Wagons ................. 33.58 50.37 14.92
Off-Road Equipment (Under 40 Tons)
   Euclid** ....................... 33.45 50.18 14.87
   Athey Wagons ....35.83....... 33.83 50.00 14.81
   D.J.B.** ....................... 33.83 50.75 15.04
   Belly Dumps .................... 33.33 50.00 14.81
   Articulated Dumps .............. 33.33 50.00 14.81
   Trailer Wagons ................. 33.33 50.00 14.81
Darts ............................. 34.08 51.12 15.15
RXS ............................... 34.45 51.68 15.31

* Low Boy Drivers that load/unload equipment will receive an additional $1.00 per hour effective 7/01/05.
* DJB and Euclid Drivers will receive an additional $ .50 per hour effective 7/01/05.

4

## ARTICLE II—WAGES

1. The following basic minimum scale of wages shall be paid by the Employer:

CLASSIFICATIONS:  7/01/07 - 6/30/08

| | Per Hour | Time and 1/2 | Pro-Rata Vacation |
|---|---|---|---|
| **Drivers:** | | | |
| Straight Jobs | $33.58 | $50.37 | $14.92 |
| 6-Wheelers | 33.58 | 50.37 | 14.92 |
| 10-Wheelers | 33.58 | 50.37 | 14.92 |
| A-Frame Trucks (inside cab) | 33.58 | 50.37 | 14.92 |
| Winch Truck (inside cab) | 33.58 | 50.37 | 14.92 |
| Dynamite Trucks | 33.58 | 50.37 | 14.92 |
| Seeding Trucks | 33.58 | 50.37 | 14.92 |
| Mulching Trucks | 33.58 | 50.37 | 14.92 |
| Agitator Trucks | 33.58 | 50.37 | 14.92 |
| Water Trucks | 33.58 | 50.37 | 14.92 |
| Cement Trucks | 33.58 | 50.37 | 14.92 |
| Suburban, Station Wagons, Cars, Pick-Ups | 33.58 | 50.37 | 14.92 |
| Any vehicle carrying materials of any kind | | | |
| **Tractor & Trailers** | | | |
| All Types | 34.20 | 51.30 | 15.20 |
| Low Boy* ...3715... | 35.83 | 53.75 | 15.92 |
| 14-Wheeler | 33.70 | 50.55 | 14.98 |
| Fuel Trucks | 34.03 | 51.05 | 15.12 |
| Tire Trucks | 34.03 | 51.05 | 15.12 |
| **Off-Road Equipment (Over 40 Tons)** | | | |
| Euclid** ...3638 | 35.08 | 52.62 | 15.59 |
| Athey Wagons | 34.58 | 51.87 | 15.37 |
| D.J.B.** ...3638 | 35.08 | 52.62 | 15.59 |
| Belly Dumps | 34.58 | 51.87 | 15.37 |
| Articulated Dumps | 34.58 | 51.87 | 15.37 |
| Trailer Wagons | 34.58 | 51.87 | 15.37 |
| **Off-Road Equipment (Under 40 Tons)** 3575 | | | |
| Euclid** | 34.45 | 51.68 | 15.31 |
| Athey Wagons | 34.33 | 51.50 | 15.26 |
| D.J.B.** ...3613 | 34.83 | 52.25 | 15.48 |
| Belly Dumps | 34.33 | 51.50 | 15.26 |
| Articulated Dumps | 34.33 | 51.50 | 15.26 |
| Trailer Wagons | 34.33 | 51.50 | 15.26 |
| Darts | 35.08 | 52.62 | 15.59 |
| RXS | 35.45 | 53.18 | 15.76 |

* Low Boy Drivers that load/unload equipment will receive an additional $1.00 per hour effective 7/01/05.
* DJB and Euclid Drivers will receive an additional $.50 per hour effective 7/01/05.

4

---

| Plant: | | | |
|---|---|---|---|
| Hopper Person | 33.58 | 50.37 | 14.92 |
| Crusher Operator | 33.58 | 50.37 | 14.92 |
| Lift Truck (in garage, yard or jobsite) | 33.58 | 50.37 | 14.92 |
| Mixer person (asphalt plant & cement hopper operations, one who weighs ingredients and in manual or automatic control mixing plants) | 33.58 | 50.37 | 14.92 |
| High Pressure Operator (in asphalt & batch plants) | 33.70 | 50.55 | 14.98 |
| Weighmaster | 34.83 | 52.25 | 15.48 |
| Welders | 33.78 | 50.67 | 15.01 |
| Maintenance Person | 33.78 | 50.67 | 15.01 |
| Mechanic | 33.78 | 50.67 | 15.01 |
| Mechanics Helper | 33.45 | 50.18 | 14.87 |
| Stock Room Person | 33.45 | 50.18 | 14.87 |
| Working Foreman in Garage | 34.23 | 51.35 | 15.21 |
| Yardperson & Helpers | 33.33 | 50.00 | 14.81 |

### FRINGE BENEFIT CONTRIBUTIONS
(Wage and Benefit Increase to Run From July 1 to June 30 each Year)

7/01/07 - 6/30/08
Per Hour

**Contributions for each hour worked limited to forty (40) hours per week**

| | |
|---|---|
| Welfare Fund** | $5.85 |
| Pension Fund | 5.85 |
| Legal Services Fund* | .20 |
| Education and Training Fund | .05 |
| Annuity Fund | 5.00 |

* Added to wages, taxed and remitted to Legal Services Fund.
** 5¢ per hour to be segregated into a special account for Haz-Mat testing, etc.

**Contributions for each hour worked**

| | |
|---|---|
| Supplemental Unemployment Benefit Fund | .25 |
| Industry Advancement Fund | .30 |

**Deducted from wages for each hour worked, limited to forty (40) hours per week**

| | |
|---|---|
| Political Action Fund | .05 |

5