| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | *ECF CASE* |

------------------------------------------------------------------------x
LOCAL 456, INTERNATIONAL BROTHERHOOD
OF TEAMSTERS,  : Case No. 08–Civ.–1894(SCR)

                Plaintiff,  : **AFFIDAVIT OF ANDREW MACKLE IN OPPOSITION TO DEFENDANT'S MOTION TO VACATE ARBITRATION AWARD**

     —against—

ALL ROCK CRUSHING, INC.,

               Defendant.
------------------------------------------------------------------------x

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF WESTCHESTER  )

    ANDREW MACKLE, being duly sworn, deposes and says:

    1.    That I am Fund Manager since February 2005 of the Westchester Teamsters Allied Benefit Funds (the "Funds") affiliated with plaintiff Local 456, International Brotherhood of Teamsters ("the Union"), and I make this affidavit in opposition to the defendant's motion to vacate a certain arbitration award, and in support of confirmation and enforcement of the award.

    2.    I am familiar with the Opinion and Award of Arbitrator Susan Panepento dated January 8, 2008 ("the Award") which provided that Jeffrey Beck be made whole for lost earnings after his lay-off on February 2, 2007, less interim earnings. I make this affidavit to set forth the calculations of the benefits contributions on his behalf that he would have earned; the benefits contributions on his behalf that he did earn from interim employment; and the net amount of benefits contributions due.

    3.    As Fund Manager, I ultimately control and am responsible for all Funds records of benefits fund contribution rates under various types of collective bargaining agreements, including heavy construction, fuel oil and building materials. I am fully familiar with calculation

of benefits contributions due under the Union's collective bargaining agreements based on hours worked or estimated to have been worked.

4. Attached hereto as Exhibit "A" is a worksheet entitled "Monthly Statement of Overdue Contributions". The underlying software formula is generally used to calculate benefits contributions owed by an employer based on its respective contractual rates and reports of actual hours worked.

5. In this instance, I entered into the formula hours based on 40 hours per week (the regular work week) for 4 weeks per month for the months from February 2007 through May 2008. This is a conservative estimate, since there are actually more than 4 weeks per month on the average.

6. Based on the foregoing assumptions, as shown in Exhibit "A", I calculated that All Rock would have contributed $46,296.00 in benefits contributions on behalf of Beck from February 2007 through May 2008.

7. Fund records can also be sorted by employee member. Attached as Exhibit "B" is the "Employee Register From 02/1/2007 To 05/31/2008".

8. The Employee Register shows all hours reported for Beck by all employers under contract with the Union. Based on those hours, I calculated the moneys paid in by each employer under the respective type of Union contract; for example, heavy construction or fuel oil. Those moneys are entered and totaled on a spreadsheet attached as exhibit "C".

9. The total amount of benefits contributions received on behalf of Beck for this period is $29,612.85.

10. Thus, the net amount due under the Award in order to make Beck whole for benefits equals:  $46,296.00 (¶6 above) - $29,612.85 (¶9 above) = $16,683.15.

11. There is a possibility of a slight downward modification of this estimate in the event that we receive contributions for hours worked by Beck in May; such contributions, if any, are just now coming due.

*[signature]*
ANDREW MACKLE

SWORN to before me this
25 day of July, 2008.

*[signature]*
Notary public

JANINE PUGLIS
Notary Public, State of New York
No. 01PU6160110
Qualified in Rockland County
Commission Expires January 29, 2011

07/23/2008 Page 1

# Monthly Statement of Overdue Contributions
### Westchester Teamsters
### 160 S. Central Ave.
### Elmsford, N.Y. 10523

Interest As of: 07/23/2008
Contributions: $46,296.00
Interest Due: $2,306.82

## CONTRIBUTIONS

Name: ALL ROCK ESTIMATE
Street:
City:                        ,
Industry: H - HEAVY CONSTRUCTION

Owner:
Phone:
Notes:

| Period Date | Period Ending | Total Hrs | Max 40 | Contrib Due | Fund Interest | Attorney Interest | Date Paid | Amt Paid | Fund Interest Date Paid | Interest Paid | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/07 | 02/28/07 | 160.00 | 160.00 | 2800.00 | 275.51 | 333.04 | | | | | |
| 03/15/07 | 03/31/07 | 160.00 | 160.00 | 2800.00 | 257.74 | 311.56 | | | | | |
| 04/15/07 | 04/30/07 | 160.00 | 160.00 | 2800.00 | 239.37 | 289.35 | | | | | |
| 05/15/07 | 05/31/07 | 160.00 | 160.00 | 2800.00 | 221.60 | 267.87 | | | | | |
| 06/15/07 | 06/30/07 | 160.00 | 160.00 | 2800.00 | 203.23 | 245.66 | | | | | |
| 07/15/07 | 07/31/07 | 160.00 | 160.00 | 2936.00 | 194.47 | 235.08 | | | | | |
| 08/15/07 | 08/30/07 | 160.00 | 160.00 | 2936.00 | 175.77 | 212.47 | | | | | |
| 09/15/07 | 09/30/07 | 160.00 | 160.00 | 2936.00 | 156.45 | 189.12 | | | | | |
| 10/15/07 | 10/31/07 | 160.00 | 160.00 | 2936.00 | 137.75 | 166.51 | | | | | |
| 11/15/07 | 11/30/07 | 160.00 | 160.00 | 2936.00 | 104.07 | 143.16 | | | | | |
| 12/31/07 | 12/31/07 | 160.00 | 160.00 | 2936.00 | 127.78 | 154.46 | | | | | |
| 01/15/08 | 01/31/08 | 160.00 | 160.00 | 2936.00 | 71.21 | 97.95 | | | | | |
| 02/15/08 | 02/28/08 | 160.00 | 160.00 | 2936.00 | 54.23 | 74.59 | | | | | |
| 03/15/08 | 03/31/08 | 160.00 | 160.00 | 2936.00 | 37.80 | 51.99 | | | | | |
| 04/15/08 | 04/30/08 | 160.00 | 160.00 | 2936.00 | 20.81 | 28.63 | | | | | |
| 05/31/08 | 05/31/08 | 160.00 | 160.00 | 2936.00 | 29.03 | 39.93 | | | | | |

Statement Totals:  46296.00   2306.82   2841.37          0.00         0.00       0.00

07/23/2008

Teamsters Union Local 456
Employee Register From 02/01/2007 To 05/31/2008

Page 1

JEFFREY BECK
19 WHITE HILL ROAD
PUTNAM VALLEY        NY 10579-
TEL#- (914)602-1006

```
RETIRED         : NO              D.O.B.   - 07/25/1958
ANNUITY VESTED  : YES             DEATH    -
PENSION VESTED  : NO   CREDITS: 4.750   LOCAL - 10/15/2002
                                  DIVSN    - TEAMSTER
COMPENSATION    :                 STEWARD  - YES
DISABILITY      :                 MARITAL  - MARRIED
SUSPENSION      :                 DEPEND#  - 3
TRANSFER        :                 SEX      - MALE
WITHDRAWL       :
```

CLASSIFICATION HISTORY

DIVISION   STATUS        DATE

| CREDITED BY ENDING DATE | | | | ------ HOURS ------ | | | | ------ RATES ------ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECEIVE DATE | ENDING DATE | EMPRNO | NAME EMPLOYER | TOTAL | STRGHT MAX 45 | ANN DED V/H TOT | V/H STR CAP M40 | WEL | PEN | SUB DUE | IAF LEG | ANN | PAF | E&T |
| 04/16/07 | 03/31/07 | 02025 | BURKE FUEL & HEATING | 36.00 | 36.00 | | 36.00 | 4.45 | 5.80 | | 0.15 | 5.25 | 0.05 | 0.05 |
| 04/22/07 | 04/28/07 | 30550 | YONKERS CONTR./DRAGA | 16.00 | 16.00 | | 16.00 | 5.50 | 5.60 | | 0.30 | 5.00 | 0.05 | 0.05 |
| 05/10/07 | 04/30/07 | 00663 | PECKHAM ROAD CORP. | 10.00 | 10.00 | | 10.00 | 5.50 | 5.60 | | 0.30 | 5.00 | 0.05 | 0.05 |
| 05/09/07 | 04/30/07 | 02025 | BURKE FUEL & HEATING | | | 8.00 | | 4.45 | 5.80 | | 0.15 | 5.25 | 0.05 | 0.05 |
| 05/01/07 | 05/23/07 | 00663 | PECKHAM ROAD CORP. | 31.00 | 31.00 | | 31.00 | 5.75 | 5.35 | | 0.20 | 5.00 | 0.05 | 0.05 |
| 06/01/07 | 05/26/07 | 30355 | BYRAM CONCRETE | 11.00 | 11.00 | | 11.00 | 5.75 | 5.35 | | 0.20 | 5.00 | 0.05 | 0.05 |
| 06/06/07 | 05/27/07 | 05015 | ECCO III ENTERPRISES | 57.00 | 57.00 | | 57.00 | 5.75 | 5.35 | | 0.20 | 5.00 | 0.05 | 0.05 |
| 06/29/07 | 05/30/07 | 00213 | JOKEN DEVELOPMENT CO | 36.00 | 36.00 | | 36.00 | 5.75 | 5.35 | | 0.20 | 5.00 | 0.05 | 0.05 |
| 07/02/07 | 05/30/07 | 02006 | BILOTTA CONST. CORP. | 19.00 | 19.00 | | 19.00 | 5.75 | 5.35 | | 0.30 | 5.00 | 0.05 | 0.05 |
| 06/15/07 | 05/31/07 | 30571 | INTERSTATE+LAKELAND | 47.10 | 47.10 | | 47.10 | 4.20 | 3.30 | 0.65 | | | | 0.05 |
| | | | | 55.10 | | 48.70 | | | | | | | | 0.05 |

| Date 1 | Date 2 | Num | Customer | Amt 1 | Amt 2 | Amt 3 | Amt 4 | Amt 5 | R1 | R2 | R3 | R4 | R5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/15/07 | 06/30/07 | 30571 | INTERSTATE+LAKELAND | 189.80 | 160.00 | | | 160.00 | 4.20 | 3.30 | 0.65 | | 0.05 |
| 08/17/07 | 07/30/07 | 30571 | INTERSTATE+LAKELAND | 179.60 | 158.20 | | | 158.20 | 4.20 | 3.85 | 0.65 | | 0.05 |
| 08/31/07 | 07/30/07 | 30571 | INTERSTATE+LAKELAND | 223.10 | 196.10 | | | 196.10 | 4.20 | 3.85 | 0.65 | | 0.05 |
| 09/19/07 | 09/30/07 | 30571 | INTERSTATE+LAKELAND | | | | 187.60 | 160.00 | 4.20 | 3.85 | 0.65 | | 0.05 |
| 09/30/07 | 09/30/07 | 36039 | BRENNAN CONSTRUCTION | 131.00 | 118.70 | | 163.00 | 143.50 | 3.85 | | | | |
| 11/13/07 | 09/30/07 | 00269 | ANDRON CONST. CORP. | 66.00 | 57.00 | | | 118.70 | 4.20 | 3.85 | 0.65 | | 0.05 |
| 10/27/07 | 10/27/07 | 00955 | A & J CIANCIULLI, IN | 8.00 | 8.00 | | | 57.00 | 6.10 | 5.85 | 0.80 | 0.30 | 5.00 | 0.05 |
| 10/27/07 | 10/27/07 | 00588 | BEN CICCONE INC. | 20.00 | 20.00 | | | 8.00 | 6.10 | 5.85 | 0.80 | 0.30 | 5.00 | 0.05 |
| 10/31/07 | 10/27/07 | 25002 | YONKERS CONTR., CO. | 10.00 | 10.00 | | | 20.00 | 6.10 | 5.85 | 0.80 | 0.30 | 5.00 | 0.05 |
| 10/22/07 | 10/31/07 | 36039 | BRENNAN CONSTRUCTION | 71.00 | 71.00 | | | 10.00 | 6.10 | 5.85 | 0.80 | 0.30 | 5.00 | 0.05 |
| 11/21/07 | 11/24/07 | 30522 | CCA CIVIL/HALMAR INT | 33.00 | 33.00 | | | 71.00 | 6.10 | 5.85 | 0.80 | 0.30 | 5.00 | 0.05 |
| 11/24/07 | 11/24/07 | 30522 | CCA CIVIL/HALMAR INT | 8.00 | 8.00 | | | 33.00 | 6.10 | 5.85 | 0.80 | 0.30 | 5.00 | 0.05 |
| 11/24/07 | 11/24/07 | 30136 | EASTERN EXCAVATION | 8.00 | 8.00 | | | 8.00 | 6.10 | 5.85 | 0.80 | 0.30 | 5.00 | 0.05 |
| 11/25/07 | 11/25/07 | 00300 | B.M.B. LEASING CORP. | 16.50 | 16.50 | | | 8.00 | 6.10 | 5.85 | 0.80 | 0.30 | 5.00 | 0.05 |
| 11/25/07 | 11/25/07 | 30404 | STONE AND WEBSTER | 96.00 | 88.00 | | | 16.50 | 6.10 | 5.85 | 0.80 | 0.30 | 5.00 | 0.05 |
| 12/30/07 | 11/30/07 | 02006 | BILOTTA CONST. CORP. | 2.00 | 2.00 | | | 88.00 | 6.10 | 5.85 | 0.80 | 0.30 | 5.00 | 0.05 |
| 11/30/07 | 11/30/07 | 30189 | INTER COUNTY SUPPLY | 8.00 | 8.00 | | | 2.00 | 6.10 | 5.85 | 0.80 | 0.30 | 5.00 | 0.05 |
| 12/04/07 | 12/30/07 | 30404 | STONE AND WEBSTER | 180.50 | 152.00 | | | 8.00 | 4.20 | 3.85 | 0.65 | 0.05 | 3.00 | 0.05 |
| 01/12/08 | 01/04/08 | 30404 | STONE AND WEBSTER | 1521.60 | 1385.60 | 0.00 | 413.70 | 360.20 | 152.00 | 6.10 | 5.85 | 0.80 | 0.20 | 5.00 | 0.05 |
| 01/25/08 | 01/12/08 | 30459 | WESTCHESTER IND. SUP | 34.75 | 34.75 | | | 34.75 | 3.95 | 3.85 | 0.65 | | | 0.05 |
| 02/01/08 | 01/19/08 | 30459 | WESTCHESTER IND. SUP | 26.50 | 26.50 | | | 26.50 | 3.95 | 3.85 | 0.65 | | | 0.05 |
| 02/14/08 | 01/26/08 | 30459 | WESTCHESTER IND. SUP | 9.25 | 9.25 | | | 9.25 | 3.95 | 3.85 | 0.65 | | | 0.05 |
| | 01/31/08 | 30404 | STONE AND WEBSTER | 129.00 | 124.00 | | | 124.00 | 6.10 | 5.85 | 0.80 | 0.20 | 5.00 | 0.05 |

| Date | Acct | Vendor | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/21/08 | 02/24/08 | 00108 | ASHBY FUEL OIL CORP. | 120.00 | 120.00 | 6.10 | 5.85 | 0.80 0.30 0.20 5.00 0.05 |
| 05/21/08 | 03/30/08 | 00108 | ASHBY FUEL OIL CORP. | 197.00 | 192.00 | 6.10 | 5.85 | 0.80 0.30 0.20 5.00 0.05 |
| 06/25/08 | 04/27/08 | 00108 | ASHBY FUEL OIL CORP. | 165.00 | 160.00 | 6.10 | 5.85 | 0.80 0.30 0.20 5.00 0.05 |
| | | | 681.50 | 666.50 | | | | |
| | | | 0.00 | | | | | |

**Hours Reported and Paid for Jeff Beck**
**2/2007 Thru 5/2008**

| Period | Reg Hours | Total Hours | Cash Contributed |
|---|---|---|---|
| Feb-07 | 0.00 | 0.00 | $0.00 |
| Mar-07 | 36.00 | 0.00 | $376.20 |
| Apr-07 | 34.00 | 34.00 | $503.80 |
| May-07 | 201.10 | 201.10 | $3,076.82 |
| Jun-07 | 160.00 | 189.00 | $1,280.00 |
| Jul-07 | 158.20 | 179.60 | $1,923.00 |
| Aug-07 | 196.10 | 223.10 | $1,627.65 |
| Sep-07 | 175.70 | 197.00 | $2,041.08 |
| Oct-07 | 142.00 | 142.00 | $2,605.70 |
| Nov-07 | 130.50 | 130.50 | $2,394.69 |
| Dec-07 | 129.00 | 124.00 | $2,280.90 |
| Jan-08 | 194.50 | 199.50 | $2,830.81 |
| Feb-08 | 120.00 | 120.00 | $2,202.00 |
| Mar-08 | 192.00 | 197.00 | $3,528.70 |
| Apr-08 | 160.00 | 165.00 | $2,941.50 |
| May-08 | 0.00 | 0.00 | $0.00 |
| **TOTAL** | | | **$29,612.85** |