# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| 3 Surrey Lane<br>Hempstead, New York 11550<br>(516) 483-2990<br>Fax: (516) 483-0566 | 258 Saw Mill River Road<br>Elmsford, New York 10523<br>(914) 592-5740<br>Fax: (914) 592-3213 | 111 Broadway<br>Trinity Centre<br>Suite 1403<br>New York, New York 10006<br>(212) 943-9080<br>Fax: (212) 943-9082 |

August 1, 2008

Hon. Stephen C. Robinson
U.S. District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

## MEMO ENDORSED

Re: Local 456, Int'l Brotherhood of Teamsters v. All Rock Crushing, Inc.
08 – Civ. – 1894 (SCR)

Dear Judge Robinson:

Enclosed please find courtesy copies for the Court of plaintiff's opposition and cross-motion papers, which were electronically filed on July 28, 2008, relating to defendant's motion to vacate an arbitration award:

- Notice of Cross-Motion           (Document 11)
- Declaration of Steven H. Kern    (Document 12)
- Affidavit of Jeffrey Beck        (Document 14)
- Affidavit of Andrew Mackle       (Document 15)
- Affidavit of Jane Gordineer      (Document 13)
- Plaintiff's Memorandum of Law    (Document 16)

I have not yet heard back from counsel for defendant regarding a schedule for the remainder of briefing of these motions.

Thank you for your consideration.

Yours truly,

Steven H. Kern, Esq.

cc: George Kokkalenios, Esq.
    Jeff Beck
    Kevin Curry, Local 456 (fax)

F:\LEGAL\456\All Rock Crushing\Court\09.doc

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___]



*Handwritten endorsement:* Any reply and/or opposition by Defendants is to be filed by 9/11/08. Any reply by Plaintiff is to be filed by 9/25/08.

SO ORDERED

Stephen C. Robinson
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE